UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-60892-CV-SCOLA

ASHLEY SEIJO,

    Plaintiff,

VS.

CASA SALSA, INC.,

    Defendant.
_____/

## JURY NOTE/QUESTION

WE HAVE A VERDICT -