UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60892-Civ-SCOLA

ASHLEY SEIJO,

    Plaintiff,

vs.

CASA SALSA, INC.

    Defendant.
_____/

## VERDICT FORM

### Count 1: Florida Whistleblower Act

Do you find from a preponderance of the evidence:

1. That Casa Salsa employed 10 or more persons during the relevant time period.

Answer YES or NO __YES__

   If your answer is "No," this ends deliberations on this count, and you should proceed to Count 2 on the next page. If your answer is "Yes," go to the next question.

2. That Ashley Seijo engaged in a protected activity?

Answer YES or NO __N̶O̶ YES FSC__

   If your answer is "No," this ends deliberations on this count, and you should proceed to Count 2 on the next page. If your answer is "Yes," go to the next question.

3. That Casa Salsa took an adverse employment action against Ashley Seijo?

Answer YES or NO __NO__

   If your answer is "No" this ends your deliberations on this count. If your answer is "Yes," go to the next question.

4. That Ashley Seijo's protected activity was a motivating factor that prompted Casa Salsa to take that action?

Answer YES or NO _____

If your answer is "No," this ends your deliberations on this count. If your answer is "Yes," go to the next question.

5. That Ashley Seijo suffered damages because of the adverse employment action?

Answer YES or NO _____

If your answer is "No", this ends your deliberations on this count. If your answer is "Yes," go to the next questions

6. That Ashley Seijo should be awarded damages in the amount of

$_____ in back wages and $_____in compensatory damages.

**Count 2: Florida Unfair and Deceptive Trade Practices Act**

Do you find from a preponderance of the evidence:

1. That Casa Salsa engaged in an unfair or deceptive trade practice?

Answer YES or NO __NO__

If your answer is "No" this ends your deliberations on this count. If your answer is "Yes," go to the next question.

2. That the acts of Casa Salsa were the cause of damages to Ashley Seijo?

Answer YES OR NO _____

If your answer is "No" this ends your deliberations on this count. If your answer is "Yes," go to the next question.

3. That Ashley Seijo should be awarded damages in the amount of

$_____.

**Count 3: Violation of 26 U.S.C. Section 7434**

Do you find from a preponderance of the evidence:

1. That the "information returns" (1099 forms) issued by the Defendant were fraudulent?

Answer YES or NO __NO__

If your answer is "No" this ends your deliberations on this count. If your answer is "Yes," go to the next question.

2. That the Defendant willfully issued fraudulent information tax returns?

Answer YES OR NO _____

If your answer is "No" this ends your deliberations on this count. If your answer is "Yes," go to the next question.

3. Set forth the amount of damages suffered by Ashley Seijo due to the filing of false information tax returns by Casa Salsa:

$_____ (this amount should be the greater of $5,000 or the amount of actual damages proven by Ashley Seijo by a preponderance of the evidence).

SO SAY WE ALL

Date: December __4__, 2013                    _____
                                              Foreperson's Signature

3