UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60892-Civ-SCOLA

ASHLEY SEIJO,

      Plaintiff,

vs.

CASA SALSA, INC., CHRISTIAN ESPINOLA and MONICA ESPINOLA,

      Defendants.
_____/

## JUDGMENT

    The jury entered a verdict for Defendants in this case on all counts.  In accordance with that jury verdict and under Rule 58 of the Federal Rule of Civil Procedure, judgment is entered in this matter in favor of Defendants and against Plaintiff Ashley Seijo.  The Clerk will **close** this case.

    **Done and ordered** in chambers, at Miami, Florida, on December 31, 2013.

_____
Robert N. Scola, Jr.
United States District Judge