United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ashley Seijo, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 12-60892-Civ-Scola |
| ) | |
| Casa Salsa, Inc., Defendant ) | |

**Order Adopting The Magistrate Judge's Report And Recommendation**

Because Plaintiff does not object to the Report (DE 123) issued by Magistrate Judge Alicia O. Valle—which recommends granting Defendant's Motion for Costs (ECF No. 122)—the Court **adopts** the Report in full. A district-court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. So when no objections are made, a report may be adopted in full without conducting de novo review. *Id.* It is therefore **ordered and adjudged** that the Report (ECF No. 123) is **adopted** and Defendant's Motion for Costs (ECF No. 122) is **granted**. This case remains **closed**.

**Done and ordered** in chambers, at Miami, Florida, on April 11, 2014.

_____
Robert N. Scola, Jr.
United States District Judge